Motion (DE #26) GRANTED.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| **DAVID ANGOTTI,**<br><br>Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>**AETNA LIFE INSURANCE COMPANY, INC.,**<br><br>Defendant and Counterclaim Plaintiff. | Case No. 3:19-CV-01102 |

## JOINT MOTION TO EXTEND DEADLINES

Plaintiff David Angotti and Defendant Aetna Life Insurance Company (collectively, the "Parties") respectfully request to extend the remaining deadlines until after their rescheduled mediation date. The Parties' motion is due to be granted for the following reasons:

1. On January 21, 2021, the Court granted the Parties' joint motion to extend the deadlines in the Initial Case Management Order for them to conduct a March 3, 2021 private mediation with John Tarpley of Lewis Thomason, with time afterward to wrap up any potential further discussions before briefing. (Docs. 24

1